HABERBUSH & ASSOCIATES, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
VANESSA M. HABERBUSH, ESQ. SBN 287044
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile: (562) 435-6335
E-Mail: vhaberbush@lbinsolvency.com

Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>R & J LIMITED PARTNERSHIP and JRJ LIMITED PARTNERSHIP,<br><br>        Debtors and Debtors-in-Possession. | Lead Case No. 2:15-bk-11029-NB<br><br>(Jointly Administered with 2:15-bk-11040-NB)<br><br>**Chapter 11**<br><br>JRJ LIMITED PARTNERSHIP'S AMENDED NOTICE OF PENDING SALE FOR REAL PROPERTY LOCATED AT 3337 E. BROADWAY, LONG BEACH, CA 90803<br><br>[No Hearing Required] |

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; ALL CREDITORS; AND ALL PARTIES IN INTEREST AND THEIR COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE** that JRJ Limited Partnership, reorganized Debtor ("JRJ"), hereby gives an amended notice of the pending sale of its real property located at 3337 E. Broadway, Long Beach, CA 90803 (the "Broadway Property"). The legal address for the Broadway Property is 225 Redondo Ave., Long Beach, CA 90803.

      This Amended Notice is given pursuant to the Joint Chapter 11 Plan of Both R&J Limited Partnership and JRJ Limited Partnership Dated December 13, 2016 (the "Plan"), which states that: "Debtors will file and serve, on all creditors and interested parties, a notice of the pending sale with the bankruptcy Court when an offer to purchase one of the real properties enters escrow so that creditors and

the Court will stay appraised of the status of the sales. The notice of pending sale shall indicate the purchase price of the offer."

**PLEASE TAKE FURTHER NOTICE** JRJ has obtained a revised offer for purchase of the Broadway Property, and an escrow has been opened. The sale price is $915,000 in cash. JRJ will work with the buyer to close the transaction as soon as possible.

The purchase price provides for Bayview Loan Servicing, LLC to be paid at the closing, as well as JRJ's other creditors pursuant to the terms of the Plan.

JRJ currently anticipates the following payments will be made from the escrow:

| | |
|---|---|
| Escrow Fees | $ 3,115.00 |
| Title Fees | $ 4,000.00 |
| Broker Commission | $ 45,750 |
| Bayview Loan Servicing, LLC | $ 793,379.59 |
| Epps & Coulson LLP | $ 43,880.73 |
| Miscellaneous | $ 3,500 |
| Due to JRJ | $ 19,000 |

As stated by the Plan, JRJ may sell the Broadway Property without Bankruptcy Court authority to do so.

**PLEASE TAKE FURTHER NOTICE** that if the escrow for sale terminates, JRJ will file and serve a further notice upon you pursuant to the requirements of the Plan. If the sale is completed, Debtor will serve a further notice upon you indicating a detailing of all payments made to claims in JRJ's bankruptcy proceeding pursuant to the requirements of the Plan.

Respectfully submitted,

HABERBUSH & ASSOCIATES, LLP

Dated: 5/10/18

By: _____
VANESSA M. HABERBUSH, ESQ., Attorneys for Debtors and Debtors-in-Possession, R&J LIMITED PARTNERSHIP and JRJ LIMITED PARTNERSHIP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802**

A true and correct copy of the foregoing document entitled (*specify*): **JRJ LIMITED PARTNERSHIP'S AMENDED NOTICE OF PENDING SALE FOR REAL PROPERTY LOCATED AT 3337 E. BROADWAY, LONG BEACH, CA 90803** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 10, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below

Dawn M Coulson, Epps & Coulson, LLP
dcoulson@eppscoulson.com, cmadero@eppscoulson.com
Alan W Forsley, Interested Party
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
David R Haberbush, Representing Debtor
dhaberbush@lbinsolvency.com,
ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com
Vanessa M Haberbush, Representing Debtor
vhaberbush@lbinsolvency.com,
dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com, jborin@lbinsolvency.com
Kari A Keidser, Representing James Foasberg
kkeidser@gmail.com
Raffi Khatchadourian, Representing Butler Capital

raffi@hemar-rousso.com
Leslie M Klott, Representing Ocwen Loan Servicing, LLC
Leslie.Klott@carringtonmh.com
Dare Law, Representing US Trustee's Office
dare.law@usdoj.gov,
Kenneth.g.lau@usdoj.gov,Alvin.mar@usdoj.gov,ron.maroko@usdoj.gov
Edward G Schloss, Representing Bayview Loan Servicing, LLCegs2@ix.netcom.com
John D Schlotter, Representing PennyMac Loan Services, LLC
ecfmail@aclawllp.com
Timothy J Silverman, Representing PennyMac Holdings,
tsilverman@scheerlawgroup.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Ron Maroko, Representing United States Trustee (LA)
ron.maroko@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **May 10, 2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **May 10, 2018** | **Alexander S. Bostic** | /s/ Alexander S. Bostic |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

David J. Pasternak
PASTERNAK PASTERNAK & PATTON
1875 Century Park East, Suite 2200
Los Angeles, CA 90067-2523

Bayview Loan Servicing, LLC
Attn: Officer or Managing/General Agent
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

Bayview Loan Servicing, LLC
C/O Edward G. Schloss
3637 Motor Avenue, Suite 220
Los Angeles, CA 90034

County of Los Angeles
Treasurer and Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Epps & Coulson, LLP
Attn: Officer or Managing/General Agent
707 Wilshire Boulevard, Suite 3000
Los Angeles, CA 90017

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Hamilton, Mercer & Werre, LLP
Attn: Officer or Managing/General Agent
2750 North Bellflower Boulevard
Long Beach, CA 90815

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. Box 7346
Philadelphia, PA 19101

PennyMac Loan Services, LLC
c/o Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

Bayview Loan Servicing, LLC
Cashiering Dept. (Ln#8497)
Attn: Managing Agent
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

Foasberg's Laundry & Cleaners, Inc.
Attn: Managing Agent
640 E. Wardlow Rd.
Long Beach, CA 90807

James Foasberg
640 E. Wardlow Rd.
Long Beach, CA 90807

Richard D. Foasberg
640 E. Wardlow Rd.
Long Beach, CA 90807

OCWEN Loan Servicing, LLC
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA 92606

Butler Capital Corporation
Hemar, Rousso & Heald, LLP
c/o Raffi Khatchadourian
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

JRJ Limited Partnership
640 E. Wardlow Rd.
Long Beach, cA 90807

R&J Limited Partnership
640 E. Wardlow Rd.
Long Beach, cA 90807

R&J Investment Management, Inc.
640 E. Wardlow Rd.
Long Beach, cA 90807

PennyMac Holdings, LLC, its successors and/or
Solomon, Grindle, Silverman & Wintringer
c/o timothy J. silverman, Esq.
12651 High Bluff Drive, Suite 250
San Diego, CA 92130

Internal Revenue Service
300 North Los Angeles Street
m/s 5022
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE